UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUILDING SERVICE PENSON TRUST, et al.,

          Plaintiffs,

v.

SBM SITE SERVICES, LLC,

          Defendant.

C15-1198 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Declaration of Nick C. Geannacopulos, docket no. 77, the Court finds that it is necessary and appropriate to utilize the commercial locator service, Pension Benefit Information ("PBI"), to obtain address information for the 81 individuals who have not yet received the notices sent by defendant's counsel. In doing so, defendant's counsel shall use their best efforts to ensure that the information provided to PBI remains confidential.

(2) On or before July 14, 2017, defendant's counsel shall submit a status report informing the Court of the status of counsel's efforts to obtain current address information and notify the 81 individuals who have not yet received notice.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of June, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1